**Fill in this information to identify the case:**

Debtor Name  DEJ Grading

United States Bankruptcy Court for the: _____  District of _____

Case number:  24-40561

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:  June

Date report filed: 07/19/2024
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Dave Jorgensen

Original signature of responsible party

Printed name of responsible party  Dave Jorgensen

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? *\* in acant approved* | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _DEJ brading_____    Case number _24-40561_____

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _55,736.27_

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ _118,925.78_

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ _77,574.03_

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _41,351.75_

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ _97,088.02_

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ _18,078.20_

Debtor Name  _PFJ bracing_____   Case number  _24·40561_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                    $ _566,159.00_

   *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?           _7_

27.  What is the number of employees as of the date of this monthly report?   _8_

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?       $ _0_

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _0_

30.  How much have you paid this month in other professional fees?                $ _1000_

31.  How much have you paid in total other professional fees since filing the case?          $ _1000_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | – | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ _55,000_ | – | $ _118,925.78_ | = | $ _63,925.78_ |
| 33.  **Cash disbursements** | $ _43,899_ | – | $ _77,574.03_ | = | $ _33,675.03_ |
| 34.  **Net cash flow** | $ _28,100_ | – | $ _41,351.75_ | = | $ _13,250.75_ |

35.  Total projected cash receipts for the next month:             $ _200,000_

36.  Total projected cash disbursements for the next month:       – $ _130,000_

37.  Total projected net cash flow for the next month:            = $ _70,000_

Debtor Name _DEJ grading_____     Case number _24-40561_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

Exhibit B

18. The following checks written pre-petition cleared the bank.

1. Check 1003 $4,511.5 written to McArdle Grading.  This company moves all of our equipment from job to job.

2. Check 1001 $10,622 written to HCS.  This company works with us often to do all the necessary concrete work on our projects.

3. Check 9999 $2,561 written to Elite Insurance.  This company gets us our bid bonds to be able to bid and perform projects.  This fee was for the bond for a project we won.

4. Check 1012 $4,500 written to Jochim Precast.  This company rents us a lot of essential equipment necessary for completing projects when specialty equipment we don't own is necessary.

5. Check 1002 $1,359.77 Written to Pomps Tire for tires on our dump truck.

Exhibit C

20. Total cash receipts

1.  $54,729.75  Deposited 6-25-24 The Trails

2.  $20,250 Deposited 6-25-24 Tornado cleanup income

3.  $390 Deposited 6-28-24 City of Yutan parking lot grading

4.  $38,806.03 Deposited 6-20-24 Hanover Falls Center

5.  $4,750 Deposited 6-20-24 Sunset Meadows

Total $118,925.78

Exhibit D

| Date Paid | Payee | Purpose | Amount |
|---|---|---|---|
| 6/20/24 | Amazon | Paper for printer | 18.98 |
| 6/20/24 | First National Bank | Wire Fee | 22 |
| 6/20/24 | NMC Caterpillar | parts | 23.07 |
| 6/20/24 | Quick Trip | Fuel | 39.1 |
| 6/20/24 | American Family Insurance | Life Premium | 40.79 |
| 6/20/24 | American Family Insurance | Life Premium | 112.79 |
| 6/20/24 | Mcgrath North | Professional Fees | 20,000 |
| 6/21/24 | International Service Fee | Bank Fee | 33 |
| 6/21/24 | Employee | Wage | 858 |
| 6/21/24 | Employee | Wage | 1194 |
| 6/21/24 | Employee | wage | 1335 |
| 6/21/24 | Employee | Wage | 1638.5 |
| 6/21/24 | Employee | Wage | 2500 |
| 6/21/24 | McArdle Grading | Equipment Hauling | 4,511.50 |
| 6/21/24 | HCS | Subcontract concrete work | 10622 |
| 6/24/24 | Menards | Materials | 86.27 |
| 6/24/24 | International Service Fee | Bank Fee | 99 |
| 6/24/24 | Menards | Materials | 100.89 |
| 6/24/24 | Employee | Wage | 874 |
| 6/24/24 | Employee | Wage | 921.25 |
| 6/24/24 | Pomps Tire | Truck Tires Parts | 1359.77 |
| 6/24/24 | Employee | Wage | 2000 |
| 6/25/24 | International Service Fee | Bank Fee | 33 |
| 6/25/24 | International Service Fee | Bank Fee | 33 |
| 6/25/24 | international Service Fee | Bank Fee | 33 |
| 6/25/24 | First State Bank | Check Book fee | 74.79 |
| 6/25/24 | Oreilly's | oil | 110.71 |
| 6/25/24 | Employee | Wage | 1290 |
| 6/25/24 | Wells Fargo | equipment payment Bobcat T86 | 2159.88 |
| 6/26/24 | First National Bank | Wire Fee | 22 |
| 6/26/24 | WCI Fremont | Trash Pickup For Shop | 73.82 |
| 6/26/24 | Nelson Perfomance | Parts | 310.6 |
| 6/26/24 | American Family Insurance | Life Premium | 1472.93 |
| 6/26/24 | Jochim Precast | Equipment Rental | 4,500 |
| 6/26/24 | Paychex | Wages | 15,113.69 |
| 6/27/24 | Shoreham Bank | Phone payment fee | 5 |
| 6/27/24 | Cubbys | Fuel | 16 |
| 6/27/24 | NMC Caterpillar | Parts | 26.88 |
| 6/27/24 | Ace Hardware | Parts | 55.87 |
| 6/27/24 | Nationwide | Insurance | 149.74 |
| 6/27/24 | United Seeds | Seed | 247.93 |

| Date | Description | Detail | Amount |
|---|---|---|---|
| 6/27/24 | SHoreham Bank | Company Truck payment | 422.36 |
| 6/28/24 | international Service Fee | Bank Fee | 0.36 |
| 6/28/24 | international Service Fee | bank Fee | 5 |
| 6/28/24 | cubbys | fuel | 47.03 |
| 6/28/24 | Autozone | Truck Parts | 419.53 |
| 6/28/24 | Elite Insurance | Bond Fee | 2,561 |
| | Total | | 77574.03 |

Exhibit E

| Date Incurred | Owed To | Puroose | Amount |
|---|---|---|---|
| 7/8/14 | Yano's Nursery | Seeded a project for us | 15554.5 |
| 7/11/24 | Yano's Nursery | Sodded a project for us | 585 |
| 6/24/24 | Max I Walker | Mechanics uniform cleaning | 41.1 |
| 7/8/24 | Max I Walker | Mechanics uniform cleaning | 41.1 |
| 6/27/24 | McArdle Grading | Equipment Hauling | 860.5 |
| 7/10/24 | McArdle Grading | Equipment Hauling | 508 |
| 7/16/24 | McArdle Grading | Equipment Hauling | 488 |
| Total | | | 18078.2 |

Due Date

7/8/24

8/11/24

7/24/24

8/8/24

7/27/24

8/10/24

8/16/24

Exhibit F

| Client | Amount | Due Date |
|---|---|---|
| ERC Refund | 197,000 | Fall 2024 |
| Sarpy West Retainer | 4,971.41 | 8/20/24 |
| Sarpy West Retainer | 750 | 8/20/24 |
| Belle Lago Retainer | 30,851.70 | 8/15/24 |
| Lillian Street River Oaks | 173,525 | 8/16/24 |
| Sarpy West Final | 86973.99 | 8/2/24 |
| Cornhusker Creek | 67493.34 | 7/25/24 |
| Belle Lago lot grading | 4594 | 9/20/24 |
| Total | 566,159 | |

# DEJ Grading LLC

## Profit and Loss

June 20-30, 2024

| | TOTAL |
|---|---|
| Income | |
| 4050 Services | 118,535.78 |
| **Total Income** | **$118,535.78** |
| Cost of Goods Sold | |
| 5010 Contracted Help | 15,133.50 |
| 5040 Employee Wages | 27,724.44 |
| 5050 Fuel | 62.13 |
| 5060 Materials | 490.96 |
| 5080 Rent or Lease | 4,500.00 |
| 5090 Repair & Maintenance | 1,831.03 |
| **Total Cost of Goods Sold** | **$49,742.06** |
| GROSS PROFIT | **$68,793.72** |
| Expenses | |
| 6020 Bank Charges | 148.36 |
| 6060 Insurance | 2,710.74 |
| 6080 Legal & Professional Fees | 20,000.00 |
| 6120 Office Expenses | 93.77 |
| 6210 Truck & Vehicle Expense | 419.53 |
| 6230 Utilities | 73.82 |
| **Total Expenses** | **$23,446.22** |
| NET OPERATING INCOME | **$45,347.50** |
| Other Expenses | |
| 8030 Life Insurance | 1,626.51 |
| Shoreham Bank 2011 F350 | 427.36 |
| Wells Fargo Bobcat T86 | 2,159.88 |
| **Total Other Expenses** | **$4,213.75** |
| NET OTHER INCOME | **$ -4,213.75** |
| NET INCOME | **$41,133.75** |

# First State
**BANK NEBRASKA**
P.O. Box 130 | Yutan, NE 68073

*Statement Ending 06/28/2024*

*Page 1 of 6*

**RETURN SERVICE REQUESTED**

DEJ GRADING LLC
531 SUNSET DR
YUTAN NE 68073-5065

## Managing Your Accounts

| | | |
|---|---|---|
| 📧 | Mailing | 515 Second St.<br>P.O. Box 130<br>Yutan, NE 68073 |
| 💻 | Online | www.1fsb.bank |
| 📞 | Phone Number | 402-625-2261 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS SIMPLE | XXXXXXXXXXXXX4427 | $73,867.92 |

## BUSINESS SIMPLE-XXXXXXXXXXXXX4427

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/14/2024 | **Beginning Balance** | **$0.00** |
| | 4 Credit(s) This Period | $150,785.78 |
| | 33 Debit(s) This Period | $76,917.86 |
| 06/28/2024 | **Ending Balance** | **$73,867.92** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 06/14/2024 | DEPOSIT | $32,250.00 |
| 06/20/2024 | DEPOSIT | $43,556.03 |
| 06/25/2024 | DEPOSIT | $20,250.00 |
| 06/25/2024 | DEPOSIT | $54,729.75 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 06/20/2024 | McGrath North Mullin & Kratz PC LLO Outgoing Wire 8873 | $20,000.00 |
| 06/20/2024 | AMERICAN FAMILY LIFE PREM 000000028856515 | $112.79 |
| 06/25/2024 | DELUXE CHECK CHECK/ACC. | $74.79 |
| 06/25/2024 | WELLS FARGO BANK EFT DEBIT 000000015863575 | $2,159.88 |
| 06/26/2024 | PAYCHEX OF NEW YORK Outgoing Wire 8907 | $15,113.69 |
| 06/26/2024 | 1796 POS PURCHASE WCI* FREMONT SANI 402-721-7511 NE 00000000 001796 | $73.82 |
| 06/26/2024 | 46567 POS PURCHASE KURTNELSON0 402-619-6488 NE 00000000 046567 | $310.60 |
| 06/26/2024 | AMERICAN FAMILY LIFE PREM 000000028870yk0 | $1,472.93 |
| 06/27/2024 | 507602 PURCHASE CENEX CUBBY S IN YUTAN NE 35029401 507602 | $16.00 |
| 06/27/2024 | 31275 POS PURCHASE NMC 4028917620 NE 01451497 031275 | $26.88 |
| 06/27/2024 | 90224 POS PURCHASE GRETNA ACE HARDW 402-763-4457 NE 00009590 090224 | $55.87 |
| 06/27/2024 | 53363 POS PURCHASE UNITED SEEDS RALSTON NE 00000000 053363 | $247.93 |
| 06/27/2024 | Shoreham Bank TEL PMTS KS99 | $5.00 |
| 06/27/2024 | Nationwide EDI PYMNTS NMP0027135114 | $149.74 |
| 06/27/2024 | Shoreham Bank TEL PMTS JS99 | $422.36 |
| 06/28/2024 | 634041 PURCHASE CENEX CUBBY S IN YUTAN NE 35029401 634041 | $47.03 |
| 06/28/2024 | 7614 POS PURCHASE AUTOZONE 3626 800-288-6966 NE 21307614 007614 | $419.53 |



Member
**FDIC**
EQUAL HOUSING LENDER

**WE RECOMMEND THAT YOU RECONCILE YOUR ACCOUNT REGULARLY.**

1. Make certain all deposits you have made were properly entered on your bank statement.
2. Make certain that all checks or check images provided with your statement are checks that were issued by you.
3. If a service charge or other charges or credits appear on your statement, enter them as an adjustment to the balance in your checkbook.
4. Compare the amount of each check or check image provided with your bank statement to the amount you entered in your checkbook.
5. From your checkbook, list all checks you have written that have not been charged on any bank statement you have received—(Checks Outstanding).

| Checks Outstanding | | |
|---|---|---|
| Not Charged to your Account | | |
| NO. | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

CURRENT BALANCE
SHOWN ON THIS     $ _____
STATEMENT

ADD:
DEPOSITS YOU MADE     $ _____
NOT SHOWN ON THIS     _____
STATEMENT (IF ANY)     _____
_____

TOTAL:
CURRENT BALANCE     $ _____
PLUS ANY DEPOSITS

SUBTRACT:
CHECKS     _____
OUTSTANDING

BALANCE:
(SHOULD AGREE WITH     $ _____
YOUR CHECKBOOK
BALANCE)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone or write us at the address or telephone number located on the first page of your statement as soon as you can, if you think your statement or receipt is **wrong or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after we sent you the FIRST** statement on which the error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days (5 business days for Visa-branded Debit Card point-of-sale transactions processed by Visa and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa-branded Debit Card point-of-sale transactions processed by Visa and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation. If we decide there was no error, we will send you a written explanation. You may ask for copies of the documents we used in our investigation.

**THE FOLLOWING SECTION IS FOR HOME EQUITY AND PMR LINES OF CREDIT**

- We figure the interest charge on our account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new (purchases/advances/fees), and subtract (any unpaid interest or other finance charges and) any payments or credits.  This gives us the daily balance.
- Transactions received after the statement cut-off date will be recorded on the next statement.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**

What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at the address located on the front of your statement. You may also contact us on the Web : www.1fsb.bank

In your letter give us the following information:

- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of the Problem: If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing (or electronically). You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees to that amount.
- **While you do not have to pay the amount in question, you are responsible for the remainder of your balance.**
- We can apply any unpaid amount against your credit limit.





NMLS ID 456765

**First State BANK NEBRASKA**
P.O. Box 130 | Yutan, NE 68073

## BUSINESS SIMPLE-XXXXXXXXXXXXX4427 (continued)

### Other Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 06/20/2024 | Domestic Wire Fee 8873 | $22.00 |
| 06/26/2024 | Domestic Wire Fee 8907 | $22.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|----------:|------|-------:|----------:|------|-------:|----------:|------|-------:|
| 1001 | 06/21/2024 | $10,622.00 | 1006 | 06/21/2024 | $858.00 | 1011 | 06/24/2024 | $2,000.00 |
| 1002 | 06/24/2024 | $1,359.77 | 1007 | 06/21/2024 | $2,500.00 | 1012 | 06/26/2024 | $4,500.00 |
| 1003 | 06/21/2024 | $4,511.50 | 1008 | 06/24/2024 | $874.00 | 1013 | 06/24/2024 | $921.25 |
| 1004 | 06/25/2024 | $1,290.00 | 1009 | 06/21/2024 | $1,194.00 | 9999* | 06/28/2024 | $2,561.00 |
| 1005 | 06/21/2024 | $1,335.00 | 1010 | 06/21/2024 | $1,638.50 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 06/14/2024 | $32,250.00 | 06/24/2024 | $27,857.22 | 06/27/2024 | $76,895.48 |
| 06/20/2024 | $55,671.24 | 06/25/2024 | $99,312.30 | 06/28/2024 | $73,867.92 |
| 06/21/2024 | $33,012.24 | 06/26/2024 | $77,819.26 | | |



#0000    06/14/2024    $32,250.00



#0000    06/20/2024    $43,556.03



#0000    06/25/2024    $20,250.00



#0000    06/25/2024    $54,729.75



#1001    06/21/2024    $10,622.00



#1002    06/24/2024    $1,359.77



#1003    06/21/2024    $4,511.50



#1004    06/25/2024    $1,290.00



#1005    06/21/2024    $1,335.00



#1006    06/21/2024    $858.00



**#1007**  **06/21/2024**  **$2,500.00**



**#1008**  **06/24/2024**  **$874.00**



**#1009**  **06/21/2024**  **$1,194.00**



**#1010**  **06/21/2024**  **$1,638.50**



**#1011**  **06/24/2024**  **$2,000.00**



**#1012**  **06/26/2024**  **$4,500.00**



**#1013**  **06/24/2024**  **$921.25**



**#9999**  **06/28/2024**  **$2,561.00**

This page left intentionally blank



PO Box 248
Blair, NE 68008

DEJ GRADING, LLC
531 SUNSET DR
YUTAN NE 68073

22

## The new look is here.

Visit **wcbank**.com/newstatements
for a simple guide to help you
navigate your new bank statement.

| Summary of Accounts - From 05/01/2024 To 06/30/2024 | | | |
|---|---|---|---|
| **Account Type** | **Account Number** | **Beginning Balance** | **Ending Balance** |
| Ultimate Money Market | REDACT 4115 | $57.26 | $2.26 |
| **Total on Deposit** | | | **$2.26** |

 877-372-3750     **wcbank**.com

MEMBER
FDIC

| DEJ GRADING, LLC | XXXX4115 | Statement Ending 06/30/2024 | Page 2 of 4 |

### CONTACT INFORMATION

Telephone us at: (877) 372-3750

We accept calls made through relay services (dial 711)

Write us at: Washington County Bank

1523 Washington St.

PO Box 248

Blair, NE 68008

### INQUIRIES ABOUT YOUR DIRECT DEPOSIT

If you have arranged to have direct deposit made to your account at least once every 60 days from the same person or company, you can call us at the contact number above to find out whether the deposit has been made.

### HOW TO CALCULATE YOUR LINE OF CREDIT INTEREST CHARGES AND YOUR BALANCE SUBJECT TO INTEREST RATE

Interest Charges: Your interest charge(s) are computed by multiplying your closing principal balance for each day by the daily periodic rate applicable for that day and adding the daily results during the billing cycle together. The daily periodic rate may vary in accordance with your line of credit agreement.

Balance Subject to Interest Rate: The closing principal balance is used to calculate the balance subject to the interest rate. The closing principal balance in your account each day will be determined by taking the beginning principal balance of your account each day (excluding unpaid interest charges), adding new advances and subtracting any principal payments or credits. All of the closing principal balances are added together and divided by the number of days in the billing cycle to get the "balance subject to interest rate" shown on this statement. This "balance subject to interest rate" can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of finance charge. The average daily balance shown on the front of this statement is for purposes of illustration only.

### THE FOLLOWING SECTIONS APPLY TO CONSUMER ACCOUNTS ONLY:

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us in one of the methods listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number, (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### WHAT TO DO IF YOU HAVE A LINE OF CREDIT AND YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us using the Contact address above. In your letter, please give us the following information: (1) Account information: Your name and account number, (2) Dollar amount: The dollar amount of the suspected error, and (3) Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question , or report you as delinquent on the amount, (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount, (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance, (4) We can apply any unpaid amount against your credit limit.

### PAYMENT REQUIREMENTS

PAYMENTS MADE IN PERSON OR BY MAIL: Payments are generally credited as of the date received if the payment is (1) received by us during branch hours and, if by mail, at the payment address listed on the payment coupon or the supplied envelope (if applicable), (2) paid with one check or one money order drawn in United States Dollars on bank located in the United States and the full account number listed on the check or money order, (3) accompanied by the payment coupon (without any other portion of a statement or any correspondence of any type). If we accept a payment in any other form there may be a delay in crediting your account up to five days, during which time the interest will accrue and applicable fees will apply. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically. In the event that your payment due date falls on a date we do not receive or accept payments by mail (weekends and holidays), payment made in person on that date and payments received by mail by the next business day will be treated as on-time.

**DEJ GRADING, LLC**                    XXXX4115            Statement Ending 06/30/2024            Page 3 of 4

## Ultimate Money Market-XXXXXX4115

### Account Summary

| Description | |
|---|---|
| Beginning Balance | **$57.26** |
| 1 Credit(s) This Period | $40.00 |
| 4 Debit(s) This Period | $95.00 |
| Ending Balance | **$2.26** |
| Days in Statement | 61 |

### Interest Summary

| Description | |
|---|---|
| Annual Percentage Yield Earned | 0.00% |
| Interest Days | 61 |
| Interest Earned | $0.00 |
| Interest Paid This Period | $0.00 |
| Interest Paid Year-To-Date | $0.00 |

We've updated our inactive accounts process and may begin sending quarterly statements to customers who have an inactive account. An inactive account is identified as no activity for 90 days. If a transaction takes place on the account, it will automatically be changed back to monthly statements.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $57.26 |
| 05-31 | MAINTENANCE FEE | $5.00 | | $52.26 |
| 06-18 | ONLINE TRANSFER TO ACCT ENDING 4306 | $45.00 | | $7.26 |
| 06-24 | ONLINE TRANSFER FROM ACCT ENDING 6032 | | $40.00 | $47.26 |
| 06-24 | ONLINE TRANSFER TO ACCT ENDING 4306 | $40.00 | | $7.26 |
| 06-28 | MAINTENANCE FEE | $5.00 | | $2.26 |
| | Ending  Balance | | | $2.26 |

 877-372-3750     wcbank.com



DEJ GRADING, LLC                         XXXX4115         Statement Ending 06/30/2024              Page 4 of 4



**PO Box 248**
**Blair, NE 68008**

DEJ GRADING, LLC
WILLIAM L WISNIEWSKI
531 SUNSET DR
YUTAN NE 68073

22

## The new look is here.

Visit **wcbank**.com/newstatements
for a simple guide to help you
navigate your new bank statement.

---

### Summary of Accounts - From 06/01/2024 To 06/30/2024

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| Small Business Checking | ▨4306 | $20,299.91 | $45.62 |
| **Total on Deposit** | | | **$45.62** |

---

  877-372-3750   **wcbank**.com



## CONTACT INFORMATION

Telephone us at: (877) 372-3750

We accept calls made through relay services (dial 711)

Write us at: Washington County Bank

1523 Washington St.

PO Box 248

Blair, NE 68008

## INQUIRIES ABOUT YOUR DIRECT DEPOSIT

If you have arranged to have direct deposit made to your account at least once every 60 days from the same person or company, you can call us at the contact number above to find out whether the deposit has been made.

**HOW TO CALCULATE YOUR LINE OF CREDIT INTEREST CHARGES AND YOUR BALANCE SUBJECT TO INTEREST RATE**

Interest Charges: Your interest charge(s) are computed by multiplying your closing principal balance for each day by the daily periodic rate applicable for that day and adding the daily results during the billing cycle together. The daily periodic rate may vary in accordance with your line of credit agreement.

Balance Subject to Interest Rate: The closing principal balance is used to calculate the balance subject to the interest rate. The closing principal balance in your account each day will be determined by taking the beginning principal balance of your account each day (excluding unpaid interest charges), adding new advances and subtracting any principal payments or credits. All of the closing principal balances are added together and divided by the number of days in the billing cycle to get the "balance subject to interest rate" shown on this statement. This "balance subject to interest rate" can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of finance charge. The average daily balance shown on the front of this statement is for purposes of illustration only.

## THE FOLLOWING SECTIONS APPLY TO CONSUMER ACCOUNTS ONLY:

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Contact us in one of the methods listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number, (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**WHAT TO DO IF YOU HAVE A LINE OF CREDIT AND YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us using the Contact address above. In your letter, please give us the following information: (1) Account information: Your name and account number, (2) Dollar amount: The dollar amount of the suspected error, and (3) Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question , or report you as delinquent on the amount, (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount, (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance, (4) We can apply any unpaid amount against your credit limit.

**PAYMENT REQUIREMENTS**
PAYMENTS MADE IN PERSON OR BY MAIL: Payments are generally credited as of the date received if the payment is (1) received by us during branch hours and, if by mail, at the payment address listed on the payment coupon or the supplied envelope (if applicable), (2) paid with one check or one money order drawn in United States Dollars on bank located in the United States and the full account number listed on the check or money order, (3) accompanied by the payment coupon (without any other portion of a statement or any correspondence of any type). If we accept a payment in any other form there may be a delay in crediting your account up to five days, during which time the interest will accrue and applicable fees will apply. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically. In the event that your payment due date falls on a date we do not receive or accept payments by mail (weekends and holidays), payment made in person on that date and payments received by mail by the next business day will be treated as on-time.

| DEJ GRADING, LLC | XXXX4306 | Statement Ending 06/30/2024 | Page 3 of 6 |
|---|---|---|---|

## Small Business Checking-XXXXXX4306

### Account Summary

**Description**

| | |
|---|---|
| **Beginning Balance** | **$20,299.91** |
| 12 Credit(s) This Period | $60,240.64 |
| 43 Debit(s) This Period | $80,494.93 |
| **Ending Balance** | **$45.62** |

We've updated our inactive accounts process and may begin sending quarterly statements to customers who have an inactive account. An inactive account is identified as no activity for 90 days. If a transaction takes place on the account, it will automatically be changed back to monthly statements.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | **Beginning Balance** | | | $20,299.91 |
| 06-03 | VENMO        PAYMENT   *****70244072 | $29.92 | | $20,269.99 |
| 06-03 | AMEX EPAYMENT   ACH PMT   M1350 | $1,000.00 | | $19,269.99 |
| 06-03 | 5775 O'REILLY 4985      GRETNA      NE | $95.12 | | $19,174.87 |
| 06-03 | 5775 MAX I WALKER UNIFORMOMAHA        NE | $411.67 | | $18,763.20 |
| 06-03 | 5775 MNRD-BELLEVUE 10501 BELLEVUE     NE | $74.53 | | $18,688.67 |
| 06-04 | PAYCHEX CGS    GARNISH   COL0115708904 | | $207.00 | $18,895.67 |
| 06-04 | ONLINE TRANSFER TO ACCT ENDING 5802 | $300.00 | | $18,595.67 |
| 06-04 | 5775 NMC TECHNOLOGIES    4028618240  NE | $30.60 | | $18,565.07 |
| 06-04 | 5775 ASP ENTERPRISES ASP 515-985-1843 NE | $3,735.23 | | $14,829.84 |
| 06-06 | PAYCHEX TPS      TAXES      *****900002413X | $2,674.18 | | $12,155.66 |
| 06-06 | PAYCHEX INC.    PAYROLL    *****000006555X | $6,692.87 | | $5,462.79 |
| 06-06 | CUSTOMER DEPOSIT | | $6,750.00 | $12,212.79 |
| 06-06 | BUSINESS MOBILE DEPOSIT | | $14,025.00 | $26,237.79 |
| 06-06 | BUSINESS MOBILE DEPOSIT | | $16,935.71 | $43,173.50 |
| 06-06 | 5775 QT 598        OMAHA      NE | $17.88 | | $43,155.62 |
| 06-07 | PAYCHEX EIB    INVOICE    X07677300017640 | $153.13 | | $43,002.49 |
| 06-07 | CATERPILLAR    SPI/CAT    *****140227 | $2,534.25 | | $40,468.24 |
| 06-07 | FUNDS TRANSFER DEBIT | $816.00 | | $39,652.24 |

 877-372-3750     wcbank.com



DEJ GRADING, LLC                         XXXX4306         Statement Ending 06/30/2024                  Page 4 of 6

## Small Business Checking-XXXXXX4306                                              **Continued**

**Account Activity**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06-07 | BUSINESS MOBILE DEPOSIT | | $3,412.93 | $43,065.17 |
| 06-07 | 5775 NMC        4028917620  NE | $239.90 | | $42,825.27 |
| 06-10 | 5775 NMC        4028917620  NE | $36.17 | | $42,789.10 |
| 06-10 | 5775 MNRD-BELLEVUE 10501 BELLEVUE    NE | $38.43 | | $42,750.67 |
| 06-10 | 5775 CASEYS #2966 2104 PRBELLEVUE    NE | $11.78 | | $42,738.89 |
| 06-10 | 5775 MNRD-BELLEVUE 10501 BELLEVUE    NE | $32.09 | | $42,706.80 |
| 06-11 | ONLINE TRANSFER TO ACCT ENDING 5802 | $200.00 | | $42,506.80 |
| 06-11 | ONLINE TRANSFER TO ACCT ENDING 6032 | $100.00 | | $42,406.80 |
| 06-11 | Check #0 | $41,000.00 | | $1,406.80 |
| 06-11 | 5775 O'REILLY 296       PAPILLION  NE | $128.89 | | $1,277.91 |
| 06-12 | SHOREHAM BANK   TEL PMTS  8F79 | $5.00 | | $1,272.91 |
| 06-12 | SHOREHAM BANK   TEL PMTS  7F79 | $422.36 | | $850.55 |
| 06-12 | ONLINE TRANSFER FROM ACCT ENDING 3193 | | $400.00 | $1,250.55 |
| 06-13 | CUSTOMER DEPOSIT | | $18,000.00 | $19,250.55 |
| 06-13 | 5775 TITAN MACHINERY - OMOMAHA      NE | $386.64 | | $18,863.91 |
| 06-13 | 5775 CORNHUSKER INTERNATI402-3318801 NE | $148.12 | | $18,715.79 |
| 06-13 | 5775 NMC        402-891-7620 NE | $183.69 | | $18,532.10 |
| 06-14 | DELUXE BUS SYS.  BUS PRODS 16503819 | $215.47 | | $18,316.63 |
| 06-14 | PAYCHEX TPS     TAXES    *****600003797X | $4,704.04 | | $13,612.59 |
| 06-14 | PAYCHEX INC.    PAYROLL  *****600002365X | $11,300.48 | | $2,312.11 |
| 06-14 | 5775 NMC        4028917620  NE | $314.05 | | $1,998.06 |
| 06-14 | 5775 AUTOZONE 3626    800-288-6966 NE | $372.98 | | $1,625.08 |
| 06-17 | PAYCHEX EIB     INVOICE  X07776500018766 | $229.07 | | $1,396.01 |
| 06-17 | ONLINE TRANSFER FROM ACCT ENDING 3193 | | $150.00 | $1,546.01 |
| 06-17 | ONLINE TRANSFER FROM ACCT ENDING 6032 | | $150.00 | $1,696.01 |
| 06-17 | 5775 O'REILLY 4985      GRETNA     NE | $494.96 | | $1,201.05 |
| 06-17 | 5775 NMC        4028917620  NE | $85.10 | | $1,115.95 |
| 06-17 | 5775 KUM&GO 0370R GRETNA GRETNA      NE | $18.36 | | $1,097.59 |
| 06-17 | 5775 NMC        4028917620  NE | $900.21 | | $197.38 |
| 06-18 | ONLINE TRANSFER FROM ACCT ENDING 3193 | | $125.00 | $322.38 |
| 06-18 | ONLINE TRANSFER FROM ACCT ENDING 4115 | | $45.00 | $367.38 |
| 06-18 | 5775 NMC        4028917620  NE | $135.21 | | $232.17 |
| 06-18 | 5775 O'REILLY 4985      GRETNA     NE | $164.02 | | $68.15 |
| 06-20 | 5775 QT 598        OMAHA      NE | $39.10 | | $29.05 |
| 06-20 | 5775 NMC        402-891-7620 NE | $23.07 | | $5.98 |
| 06-24 | ONLINE TRANSFER FROM ACCT ENDING 4115 | | $40.00 | $45.98 |
| 06-28 | PER ITEM FEE | $0.36 | | $45.62 |
| | **Ending  Balance** | | | $45.62 |

DEJ GRADING, LLC                    XXXX4306        Statement Ending 06/30/2024        Page 5 of 6

**Checks Cleared**

| X | Check # | Date | Amount | X | Check # | Date | Amount |
|---|---------|------|--------|---|---------|------|--------|
| ☐ | | 06/11/2024 | $41,000.00 | | | | |

**Overdraft and Returned Item Fees**

| | Total For this Period | Total Year-To-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $99.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |




DEJ GRADING, LLC                              XXXX4306          Statement Ending 06/30/2024



PO Box 248
Blair, NE 68008

DEJ GRADING, LLC
DBA JORGENSEN GRADING
531 SUNSET DR
YUTAN NE 68073

22

# The new look is here.

Visit **wcbank**.com/newstatements
for a simple guide to help you
navigate your new bank statement.

| Summary of Accounts - From 06/01/2024 To 06/30/2024 | | | |
|---|---|---|---|
| **Account Type** | **Account Number** | **Beginning Balance** | **Ending Balance** |
| Small Business Checking | ▓5802 | $1,430.67 | -$122.85 |
| **Total on Deposit** | | | **-$122.85** |

 877-372-3750     **wcbank**.com

MEMBER
FDIC

| DEJ GRADING, LLC | XXXX5802 | Statement Ending 06/30/2024 | Page 2 of 6 |

### CONTACT INFORMATION

Telephone us at: (877) 372-3750

We accept calls made through relay services (dial 711)

Write us at: Washington County Bank

1523 Washington St.

PO Box 248

Blair, NE 68008

### INQUIRIES ABOUT YOUR DIRECT DEPOSIT

If you have arranged to have direct deposit made to your account at least once every 60 days from the same person or company, you can call us at the contact number above to find out whether the deposit has been made.

### HOW TO CALCULATE YOUR LINE OF CREDIT INTEREST CHARGES AND YOUR BALANCE SUBJECT TO INTEREST RATE

Interest Charges: Your interest charge(s) are computed by multiplying your closing principal balance for each day by the daily periodic rate applicable for that day and adding the daily results during the billing cycle together. The daily periodic rate may vary in accordance with your line of credit agreement.

Balance Subject to Interest Rate: The closing principal balance is used to calculate the balance subject to the interest rate. The closing principal balance in your account each day will be determined by taking the beginning principal balance of your account each day (excluding unpaid interest charges), adding new advances and subtracting any principal payments or credits. All of the closing principal balances are added together and divided by the number of days in the billing cycle to get the "balance subject to interest rate" shown on this statement. This "balance subject to interest rate" can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of finance charge. The average daily balance shown on the front of this statement is for purposes of illustration only.

### THE FOLLOWING SECTIONS APPLY TO CONSUMER ACCOUNTS ONLY:

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us in one of the methods listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number, (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### WHAT TO DO IF YOU HAVE A LINE OF CREDIT AND YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us using the Contact address above. In your letter, please give us the following information: (1) Account information: Your name and account number, (2) Dollar amount: The dollar amount of the suspected error, and (3) Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question , or report you as delinquent on the amount, (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount, (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance, (4) We can apply any unpaid amount against your credit limit.

### PAYMENT REQUIREMENTS

PAYMENTS MADE IN PERSON OR BY MAIL: Payments are generally credited as of the date received if the payment is (1) received by us during branch hours and, if by mail, at the payment address listed on the payment coupon or the supplied envelope (if applicable), (2) paid with one check or one money order drawn in United States Dollars on bank located in the United States and the full account number listed on the check or money order, (3) accompanied by the payment coupon (without any other portion of a statement or any correspondence of any type). If we accept a payment in any other form there may be a delay in crediting your account up to five days, during which time the interest will accrue and applicable fees will apply. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically. In the event that your payment due date falls on a date we do not receive or accept payments by mail (weekends and holidays), payment made in person on that date and payments received by mail by the next business day will be treated as on-time.

| DEJ GRADING, LLC | XXXX5802 | Statement Ending 06/30/2024 | Page 3 of 6 |
|---|---|---|---|

## Small Business Checking-XXXXXX5802

### Account Summary

**Description**

| | |
|---|---|
| **Beginning Balance** | **$1,430.67** |
| 2 Credit(s) This Period | $500.00 |
| 21 Debit(s) This Period | $2,053.52 |
| **Ending Balance** | **-$122.85** |

We've updated our inactive accounts process and may begin sending quarterly statements to customers who have an inactive account. An inactive account is identified as no activity for 90 days. If a transaction takes place on the account, it will automatically be changed back to monthly statements.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | **Beginning Balance** | | | $1,430.67 |
| 06-03 | DELUXE BUS SYS. BUS PRODS 16430059 | $22.68 | | $1,407.99 |
| 06-03 | 5783 ADT SECURITY*4038465WWW.ADT.COM FL | $57.37 | | $1,350.62 |
| 06-03 | 5783 Amazon Prime*3V38H0CAmzn.com/bil WA | $15.81 | | $1,334.81 |
| 06-03 | 5783 ADT SECURITY*4038465WWW.ADT.COM FL | $41.88 | | $1,292.93 |
| 06-03 | Check #916 | $652.00 | | $640.93 |
| 06-04 | ONLINE TRANSFER FROM ACCT ENDING 4306 | | $300.00 | $940.93 |
| 06-04 | 5783 CONTECH ENG SOLUTIONWAHOO      NE | $703.05 | | $237.88 |
| 06-04 | 5783 AMZN Mktp US*XJ8823QAmzn.com/bil WA | $37.97 | | $199.91 |
| 06-04 | 5783 AMZN Mktp US*RP8UY15Amzn.com/bil WA | $21.09 | | $178.82 |
| 06-06 | 5783 MICROSOFT#G048760322MSBILL.INFO WA | $12.00 | | $166.82 |
| 06-06 | 5783 TRUGREEN   *LOCKBOX800-878-4733 TN | $124.47 | | $42.35 |
| 06-10 | RETURN ITEM FEE(S) | $33.00 | | $9.35 |
| 06-10 | 5783 AMZN Mktp US*MT3Y63OAmzn.com/bil WA | $27.41 | | -$18.06 |
| 06-10 | OVERDRAFT ITEM FEE(S) | $33.00 | | -$51.06 |
| 06-11 | ONLINE TRANSFER FROM ACCT ENDING 4306 | | $200.00 | $148.94 |
| 06-13 | RETURN ITEM FEE(S) | $33.00 | | $115.94 |
| 06-14 | RETURN ITEM FEE(S) | $33.00 | | $82.94 |
| 06-17 | RETURN ITEM FEE(S) | $33.00 | | $49.94 |

 877-372-3750     wcbank.com



DEJ GRADING, LLC                         XXXX5802          Statement Ending 06/30/2024                    Page 4 of 6

## Small Business Checking-XXXXXX5802                                                     Continued

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|-----------|-------------|--------|---------|---------|
| 06-20 | AMERICAN FAMILY LIFE PREM *****0028853b4b | $40.79 | | $9.15 |
| 06-21 | RETURN ITEM FEE(S) | $33.00 | | -$23.85 |
| 06-25 | RETURN ITEM FEE(S) | $33.00 | | -$56.85 |
| 06-25 | RETURN ITEM FEE(S) | $33.00 | | -$89.85 |
| 06-25 | RETURN ITEM FEE(S) | $33.00 | | -$122.85 |
| | **Ending Balance** | | | -$122.85 |

### Checks Cleared

| X | Check # | Date | Amount | X | Check # | Date | Amount |
|---|---------|------|--------|---|---------|------|--------|
| ☐ | 916 | 06/03/2024 | $652.00 | | | | |

### Overdraft and Returned Item Fees

| | Total For this Period | Total Year-To-Date |
|---|---|---|
| **Total Overdraft Fees** | $33.00 | $33.00 |
| **Total Returned Item Fees** | $264.00 | $264.00 |

**#916**            **06/03/2024**                    **$652.00**



PO Box 248
Blair, NE 68008

DEJ GRADING, LLC
531 SUNSET DR
YUTAN NE 68073

22

## The new look is here.

Visit **wcbank**.com/newstatements
for a simple guide to help you
navigate your new bank statement.

| Summary of Accounts - From 06/01/2024 To 06/30/2024 | | | |
|---|---|---|---|
| **Account Type** | **Account Number** | **Beginning Balance** | **Ending Balance** |
| Small Business Checking | ▮▮6032 | $304.64 | $2.64 |
| **Total on Deposit** | | | **$2.64** |

 877-372-3750    **wcbank**.com



**CONTACT INFORMATION**

Telephone us at: (877) 372-3750

We accept calls made through relay services (dial 711)

Write us at: Washington County Bank

1523 Washington St.

PO Box 248

Blair, NE 68008

**INQUIRIES ABOUT YOUR DIRECT DEPOSIT**

If you have arranged to have direct deposit made to your account at least once every 60 days from the same person or company, you can call us at the contact number above to find out whether the deposit has been made.

**HOW TO CALCULATE YOUR LINE OF CREDIT INTEREST CHARGES AND YOUR BALANCE SUBJECT TO INTEREST RATE**

Interest Charges: Your interest charge(s) are computed by multiplying your closing principal balance for each day by the daily periodic rate applicable for that day and adding the daily results during the billing cycle together. The daily periodic rate may vary in accordance with your line of credit agreement.

Balance Subject to Interest Rate: The closing principal balance is used to calculate the balance subject to the interest rate. The closing principal balance in your account each day will be determined by taking the beginning principal balance of your account each day (excluding unpaid interest charges), adding new advances and subtracting any principal payments or credits. All of the closing principal balances are added together and divided by the number of days in the billing cycle to get the "balance subject to interest rate" shown on this statement. This "balance subject to interest rate" can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of finance charge. The average daily balance shown on the front of this statement is for purposes of illustration only.

**THE FOLLOWING SECTIONS APPLY TO CONSUMER ACCOUNTS ONLY:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Contact us in one of the methods listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number, (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**WHAT TO DO IF YOU HAVE A LINE OF CREDIT AND YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us using the Contact address above. In your letter, please give us the following information: (1) Account information: Your name and account number, (2) Dollar amount: The dollar amount of the suspected error, and (3) Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question , or report you as delinquent on the amount, (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount, (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance, (4) We can apply any unpaid amount against your credit limit.

**PAYMENT REQUIREMENTS**

PAYMENTS MADE IN PERSON OR BY MAIL: Payments are generally credited as of the date received if the payment is (1) received by us during branch hours and, if by mail, at the payment address listed on the payment coupon or the supplied envelope (if applicable), (2) paid with one check or one money order drawn in United States Dollars on bank located in the United States and the full account number listed on the check or money order, (3) accompanied by the payment coupon (without any other portion of a statement or any correspondence of any type). If we accept a payment in any other form there may be a delay in crediting your account up to five days, during which time the interest will accrue and applicable fees will apply. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically. In the event that your payment due date falls on a date we do not receive or accept payments by mail (weekends and holidays), payment made in person on that date and payments received by mail by the next business day will be treated as on-time.

| DEJ GRADING, LLC | XXXX6032 | Statement Ending 06/30/2024 | Page 3 of 4 |
|---|---|---|---|

## Small Business Checking-XXXXXX6032

### Account Summary

| Description | |
|---|---|
| Beginning Balance | $304.64 |
| 1 Credit(s) This Period | $100.00 |
| 8 Debit(s) This Period | $402.00 |
| Ending Balance | $2.64 |

We've updated our inactive accounts process and may begin sending quarterly statements to customers who have an inactive account. An inactive account is identified as no activity for 90 days. If a transaction takes place on the account, it will automatically be changed back to monthly statements.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | **Beginning Balance** | | | $304.64 |
| 06-10 | 6640 103 S EAST AVENUE   WEEPING  WATE  NE | $120.00 | | $184.64 |
| 06-10 | ATM USAGE FEE | $3.00 | | $181.64 |
| 06-10 | 6640 PMC-   ATM SURCHARGWEEPING  WATE  NE | $3.00 | | $178.64 |
| 06-11 | ONLINE TRANSFER FROM ACCT ENDING 4306 | | $100.00 | $278.64 |
| 06-11 | 6640 103 S EAST AVENUE   WEEPING  WATE  NE | $80.00 | | $198.64 |
| 06-11 | ATM USAGE FEE | $3.00 | | $195.64 |
| 06-11 | 6640 PMC-   ATM SURCHARGWEEPING  WATE  NE | $3.00 | | $192.64 |
| 06-17 | ONLINE TRANSFER TO ACCT ENDING 4306 | $150.00 | | $42.64 |
| 06-24 | ONLINE TRANSFER TO ACCT ENDING 4115 | $40.00 | | $2.64 |
| | **Ending  Balance** | | | $2.64 |

 877-372-3750     wcbank.com

DEJ GRADING, LLC                          XXXX6032          Statement Ending 06/30/2024                    Page 4 of 4