**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| In re: | ) | Case No. BK 24-40561 |
| | ) | |
| DEJ GRADING, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**DEBTOR' STATUS REPORT ON EFFORTS TO OBTAIN A CONSENSUAL PLAN**

DEJ Grading, LLC, debtor and debtor-in-possession (the "Debtor"), in the above-captioned Chapter 11 case, submits this Status Report pursuant to 11 U.S.C. § 1188(c) and respectfully states as follows:

1. **Background**—The Debtor operates a construction contracting business that provides high-quality grading and excavation services throughout the Omaha metro and surrounding areas. On June 20, 2024 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 pursuant to Title 11 of the United States Code (the "Bankruptcy Code" or "Code") in the United States Bankruptcy Court for the District of Nebraska (the "Bankruptcy Court"). The reason for the Debtor's filing was to alleviate pressure from creditors, to restructure its debt payments to fit within its cash flow, and to provide a plan for repayment of creditors with the Debtor's disposable income consistent with the Bankruptcy Code. Debtor remains in possession of its assets and continues to operate as debtor-in-possession in accordance with 11 U.S.C. §§ 1107 and 1108. No party has requested the appointment of the trustee or examiner in this Chapter 11 case. The First Meeting of Creditors was held on July 29, 2024.

2. **Plan**—The Debtor intends to propose a consensual Plan of Reorganization, which it anticipates filing in early September 2024, because the Debtor believes it can obtain approval of a plan by the requisite classes of creditors.

3. **Key Parties**—Key parties in this case with whom the Debtor must communicate include Byline Bank, U.S. Small Business Administration, and Wells Fargo.

Byline Bank—Byline is a secured lender. The Debtor negotiated a one-month deferral of payments with Byline and has now resumed payments. The Debtor intends to discuss with Byline the possibility of selling certain items of collateral that are not necessary to its business, applying the proceeds to reduce its obligation to Byline, and reamortizing its loan balance.

KLC Financial—KLC is an equipment lender. The Debtor has had discussions with KLC regarding the possible surrender of KLC's collateral.

U.S. Small Business Administration—The SBA is a secured lender. The Debtor conferred with the SBA in connection with its motion to use cash collateral but has not otherwise had discussions with the SBA. The Debtor anticipates communicating with the SBA when it gets closer to being ready to file a plan.

Wells Fargo—Wells Fargo is an equipment lender. The Debtor has discussed with Wells Fargo the Debtor's intent to keep the collateral and continue to make scheduled payments.

4. **Efforts**—Since the filing of this bankruptcy case, Debtor has worked and continues to work diligently to stabilize operations and cash flows. This includes reviewing all expenses to determine whether less costly alternatives exist, reviewing the Debtor's assets to determine whether there is any equipment that is not necessary to its operations that could be sold or surrendered to the Debtor's lenders, streamlining the Debtor's business to become more efficient and profitable.

5.  **Obstacles**—At this time, the Debtor does not foresee significant issues arising that could be obstacles or challenges to the confirmation of a plan.

6.  **Collateral**—Creditors may contact the undersigned counsel to arrange for inspection of any collateral. Regarding cash collateral, the Court previously entered an order approving its use (Docket No. 39).

7.  **Other**—The Debtor does not have anything further to report at this time. However, updates will be provided to the Court at the Status Conference scheduled for August 19, 2024, at 9:00 a.m.

DATED: August 5, 2024

/s/ *Michael T. Eversden*
Michael T. Eversden (NE Bar No. 21941)
Lauren R. Goodman (NE Bar No. 24645)
**MCGRATH NORTH MULLIN & KRATZ, P.C. LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
Telephone:    (402) 341-3070
Facsimile:    (402) 341-0216
Email:  meversden@mcgrathnorth.com
        lgoodman@mcgrathnorth.com
**DEBTOR IN POSSESSION, DEJ GRADING, LLC**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 5, 2024, a copy of the foregoing was served on all registered users of CM/ECF.

/s/    *Michael T. Eversden*